

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00197-CV

Francisco **SANCHEZ**, Jr.,
Appellant

v.

**TEXAS A&M UNIVERSITY-SAN ANTONIO**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-06141
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We ORDER that appellee recover its costs of this appeal from appellant.

SIGNED December 12, 2018.

_____
Luz Elena D. Chapa, Justice